AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PUSHPAY IP LIMITED,<br><br>*Plaintiff(s)*<br>v.<br>PUSH PAY, INC., f/k/a Wildcard Payments, Inc., f/k/a Wildcard Consulting, Inc., also trading as Push Payments<br><br>*Defendant(s)* | Civil Action No. 16-cv-62695-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Push Pay, Inc.
By serving its Registered Agent, Travis Dulaney
305 S. Andrews Avenue, #204
Ft. Lauderdale, FL  33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ury Fischer
Lott & Fischer, PL
255 Aragon Avenue, Third Floor
Coral Gables, FL  33134
305.448.7089
Email:  ufischer@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/15/2016

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court